PAUL M. HENDERSON, as Tax Collector of Polk County, v. STATE *ex rel.* C. GERCKEN.

194 So. 282
En Banc
Opinion Filed February 20, 1940

*George Couper Gibbs,* Attorney General, and *Tyrus A. Norwood,* Assistant Attorney General, for Plaintiff in Error;

*J. P. Marchant, Worth, Bivens & Lively,* for Defendant in Error.

CHAPMAN, J.—The case at bar is ruled by State *ex rel.* Rachel B. Beth and husband v. Burnett, as Tax Collector of Hillsborough County, Florida, and State *ex rel.* Tennant v. Burnett, as Tax Collector of Hillsborough County, Florida, companion cases to the one at bar, this day decided by this Court, pages 870 and 879 of this Report.

The judgment appealed from is hereby reversed.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD and THOMAS, J. J., concur.